**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Charles E. Anderson, Trustee on behalf of Painters' District Council No. 30 Pension Fund, et al., <br> v. <br> Ashlaur Construction Company, Inc., an Illinois corporation, and Zollie Carradine, an individual, | 08cv1499 <br> FILED: 03/13/08   AEE <br> JUDGE NORGLE <br> MAG. JUDGE NOLAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Charles E. Anderson, Trustee on behalf of Painters' District Council No. 30 Pension Fund, et al.

| NAME (Type or print) |
|---|
| M. Garrett Hohimer |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ M. Garrett Hohimer |

| FIRM |
|---|
| Jacobs, Burns, Orlove, Stanton & Hernandez |

| STREET ADDRESS |
|---|
| 122 S. Michigan Avenue, Suite 1720 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60603-6145 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06269976 | (312) 327-3461 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐