AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Charles E. Anderson, Trustee on behalf of
Painters' District Council No. 30 Pension Fund,
et al.,

V.

Ashlaur Construction Company, Inc., an Illinois
corporation, and Zollie Carradine, an individual,

CASE NUMBER: **08 C 1499**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE NORGLE
MAGISTRATE JUDGE NOLAN**

TO: (Name and address of Defendant)

Ashlaur Construction Company, Inc.
c/o Theodore London, Registered Agent
509 E. 75th St.
Chicago, IL 60619

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David Huffman-Gottschling
Jacobs, Burns, Orlove, Stanton & Hernandez
122 S. Michigan Ave., Suite 1720
Chicago, IL 60603-6145

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_[signature]_
(By) DEPUTY CLERK

March 13, 2008
Date

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Northern District of Illinois

Case Number: 08 C 1499

Plaintiffs:
Charles E. Enderson, Trustee on behalf of Painters' District Council No. 30 Pension Fund, et al.

vs.

Defendants:
Ashlaur Construction Company, Inc., and Illinois corporation, and Zollie Carradine, an individual

For:
Jacobs, Burns, Orlove, Stanton & Hernandez, Attn: Penny
122 S. Michigan Ave., # 1720
Chicago, IL 60603-6145

Received by Front Range Legal Process Service, Inc. to be served on Ashlaur Construction Company RA: Theodore London, 509 E 75th St, Chicago, IL 60619.

I, Robert Rusch, being duly sworn, depose and say that on the 2nd day of April, 2008 at 11:35 am, I:

served a REGISTERED AGENT by delivering a true copy of the Summons; Complaint with the date and hour of service endorsed thereon by me, to: Theodore London as Registered Agent at the address of: 509 E 75th St, Chicago, IL 60619 on behalf of Ashlaur Construction Company, and informed said person of the contents therein, in compliance with state statutes.

Description of Person Served: Age: 45, Sex: M, Race/Skin Color: Black, Height: 6'2", Weight: 200, Hair: Black, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

Subscribed and sworn to before me on the 2nd day of April, 2008 by the affiant who is personally known to me.

Notary public

OFFICIAL SEAL
REBECCA M. RUSCH
Notary Public - State of Illinois
My Commission Expires Aug 28, 2011

Robert Rusch
Process Server

Front Range Legal Process Service, Inc.
826 Roma Valley Dr.
Fort Collins, CO 90525
(888) 387-3783

Our Job Serial Number: 2008001914

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f