

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHARLES E. ANDERSON, Trustee on behalf of PAINTERS' DISTRICT COUNCIL NO. 30 PENISION FUND, PAINTERS' DISTRICT COUNCIL NO 30 HEALTH AND WELFARE FUND, and NORTHERN ILLINOIS PAINTERS, DECORACTORS AND DRYWALL FINSIHERS JOINT APPRENTICESHIP AND TRAINING FUND, DONALD STEADMAN, Trustee on behalf of the NORTHERN ILLINOIS PAINTING AND DRYWALL INSTITUTE, and the DISTRICT COUNCIL NO. 30 OF THE INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, AFL-CIO, a labor organization,

Plaintiffs,

ASHLAUR CONSTRUCTION COMPANY, INC., an Illinois corporation, and ZOLLIE CARRADINE, an Individual,

Defendants

08C1499

JUDGE NORGLE
MAGISTRATE JUDGE NOLAN

FILED
MAY 02 2008 TG
May 2, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Answer ~~COMPLAINT~~

1. Defendant admits the allegations alleged in paragraph 1 of Plaintiff's complaint.

2. Defendant admits the allegations alleged in paragraph 1 of Plaintiff's complaint.

3. Defendant admits the allegations alleged in paragraph 1 of Plaintiff's complaint.

4. Defendant admits the allegations alleged in paragraph 1 of Plaintiff's complaint.

5. Defendant has insufficient information to admit or deny paragraph 5 of plaintiff's complaint.

6. Defendant has insufficient information to admit or deny paragraph 5 of plaintiff's complaint.

7. Defendant admits the allegations alleged in paragraph 1 of Plaintiff's complaint.

8. Defendant admits the allegations alleged in paragraph 1 of Plaintiff's complaint.

9. Defendant admits the allegations alleged in paragraph 1 of Plaintiff's complaint.

10. Defendant admits the allegations alleged in paragraph 1 of Plaintiff's complaint.

11. Defendant admits the allegations alleged in paragraph 1 of Plaintiff's complaint.

12. Defendant admits the allegations alleged in paragraph 1 of Plaintiff's complaint.

13. Defendant has insufficient information to accept or deny paragraph of plaintiff's complaint.

14. Defendant has insufficient information to accept or deny paragraph of plaintiff's complaint

**WHEREFORE**, Defendant request that this court grant the following relief:

(a) This matter be dismissed with prejudice.

## COUNT II

15. Defendant allege and incorporate by reference paragraphs 1 through 14 above.

16. Defendant admits the allegations alleged in paragraph 1 of Plaintiff's complaint.

17. Defendant admits the allegations alleged in paragraph 1 of Plaintiff's complaint.

18. Defendant admits the allegations alleged in paragraph 1 of Plaintiff's complaint.

19. Defendant admits the allegations alleged in paragraph 1 of Plaintiff's complaint.

20. Defendant has insufficient information to admit or deny the allegations in paragraph 20 of plaintiff's complaints.

21 Defendant admits the allegations alleged in paragraph 1 of Plaintiff's complaint.

**WHEREFORE**, Defendant request that this court grant the following relief:

(b) This matter be dismissed with prejudice.

## COUNT III

22. Defendant allege and incorporate by reference by paragraphs 1 through 21 above

23. Defendant admits the allegations alleged in paragraph 1 of Plaintiff's complaint.

24. Defendant admits the allegations alleged in paragraph 1 of Plaintiff's complaint.

25. Defendant admits the allegations alleged in paragraph 1 of Plaintiff's complaint.
26. Defendant admits the allegations alleged in paragraph 1 of Plaintiff's complaint.

27. Defendant has insufficient information to admit or deny the allegation in paragraph 27 of plaintiff's complaint.

28. Defendant has insufficient information to admit or deny the allegation in paragraph 27 of plaintiff's complaint.

29. Defendant admits the allegations alleged in paragraph 1 of Plaintiff's complaint.

30. Defendant has insufficient information to admit or deny the allegation in paragraph 27 of plaintiff's complaint.

31. Defendant admits the allegations alleged in paragraph 1 of Plaintiff's complaint.

**WHEREFORE,** Defendant request that this court grant the following relief:

(c) This matter be dismissed with prejudice.


Respectfully Submitted


_____
Defendant's Attorney

Theodore London
ARDC No. 6244649
509 E. 75th St
Chicago, Ill. 60619
(773) 994-1111